AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Richard Stipanovic ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   0:16-641-MBS |
| Wal-Mart Stores East LP ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: summary judgment is entered for the defendant, Wal-Mart Stores East LP, and the complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, having granted the defendant's motion for summary judgment.

Date:   July 17, 2017                                 *CLERK OF COURT*

                                                              s/Mary Deal

                                                      *Signature of Clerk or Deputy Clerk*